# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 1945 | **DATE** | 10/21/2004 |
| **CASE TITLE** | RADAR RIM, INC. vs. CMB MORTGAGE SERVICES, INC. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Plaintiff's motion to strike appearance of H. Nasif Mahmoud is granted. We direct the corporation defendant, at least, to have appropriate counsel file an appearance by November 23, 2004; that the defendants answer or otherwise plead by that date; and that the defendants comply with outstanding discovery by that date. Further, we request Mr. Mahmoud, upon receipt of this order, to advise defendants of these directions. The matter is set for status on November 24, 2004 at 9:15 a.m.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | |
| | No notices required. | | OCT 2 5 2004 | |
| | Notices mailed by judge's staff. | | date docketed | 9 |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | OCT 2 5 2004 | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| LG | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RADAR RIM, INC., a Delaware )
corporation, and RADAR RIM )
HOLDINGS, L.L.C., a Michigan )
limited liability company, )
)
Plaintiffs, )
)
vs. ) No. 04 C 1945
)
CMB MORTGAGE SERVICES, INC., )
an Illinois corporation, and CHARLES )
CHRISTIAN, )
)
Defendants. )

## MEMORANDUM OPINION AND ORDER

Plaintiffs moved to strike the appearance of defendants' counsel and we set a status for today to determine what to do. The problem was that counsel is not a member of the trial bar (although he represented that he was), and the local rules provide that at least one of the lawyers appearing for a party be a member. We did not grant the motion when presented because parties are better off if represented, a corporation cannot proceed *pro se*, and there are alternatives, such as becoming a member, adding the appearance of a member even though other counsel are going to do virtually all of the work, or seeking leave to appear *pro hac vice*.

Counsel apparently has assumed that the motion was granted and has written the court, with a copy to plaintiff's counsel, which seems to indicate that he does not wish to pursue any of the alternatives and does not wish to continue to represent the defendants. Accordingly, we do grant the motion to strike the appearance. But the lawsuit goes on. We direct the corporation defendant, at least, to have appropriate counsel file an appearance by November



23, 2004; that the defendants answer or otherwise plead by that date; and that the defendants comply with outstanding discovery by that date. Further, we request Mr. Mahmoud, upon receipt of this order, to advise defendants of these directions. The matter is set for status on November 24, 2004, at 9:15 a.m.

                                                             JAMES B. MORAN
                                            Senior Judge, U. S. District Court

Oct. 21, 2004.